

FILED
MAR - 8 2023
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL NO. W23-630M |
| Plaintiff, | ) | |
| | ) | **INFORMATION** |
| | ) | [Count One: 18 U.S.C. §§ 7(3) & |
| v. | ) | 113(a)(5) – Simple Assault; |
| | ) | Count Two: 18 U.S.C. § 13 and T.P.C. § |
| ELSA MAY FORTENBACKER, | ) | 22.07(a)(2) – Terroristic Threat Against a |
| | ) | Family Member] |
| Defendant. | ) | |

THE UNITED STATES ATTORNEY CHARGES:

<u>COUNT ONE</u>
[18 U.S.C. §§ 7(3) & 113(a)(5)]

On or about February 19, 2022 at the Fort Hood Military Reservation, Western District of Texas, a place within the special maritime and territorial jurisdiction of the United States, Defendant

ELSA MAY FORTENBACKER

did commit a simple assault upon another person, to wit: J.P.F.., in violation of Title 18, United States Code, Sections 7(3) & 113(a)(5).

<u>COUNT TWO</u>
[18 U.S.C. § 13 and T.P.C. § 22.07(a)(2)]

On or about February 19, 2022, at Fort Hood, Texas, Waco Division, Western District of Texas, a place within the special maritime and territorial jurisdiction of the United States, the Defendant,

ELSA MAY FORTENBACKER

did, threaten to commit an offense involving violence to a person with the intent to place a person in fear of imminent serious bodily injury, to wit: threatened to assault J.P.F., her spouse, in violation of Section 22.07(a)(2) of the Texas Penal Code and Title 18, United States Code, Section 13.

JAIME ESPARZA
United States Attorney

By: *Ashley R. Jesser*   JESSER.ASHLEY.RENAE.1545988450 Digitally signed by JESSER.ASHLEY.RENAE.1545988450 Date: 2023.02.28 14:41:43 -06'00'
ASHLEY R. JESSER
Special Assistant U. S. Attorney