IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| VS. | § § | CRIMINAL NO. W:23-M-00630(1) |
| ELSA MAY FORTENBACKER | § | |

**DEFENDANT'S MOTION TO APPEAR VIA ZOOM**

TO THE HONORABLE UNITED STATES MAGISTRATE JUDGE:

Now comes Defendant, ELSA MAY FORTENBACKER, by and through her attorney, Sam Martinez, and files this Motion to Appeal Via Zoom in the above styled and numbered cause and in support thereof would respectfully show unto the Court the following:

1. A competency hearing and bond revocation hearing are set for February 5, 2025.

2. Defendant is residing in the State of Maine and reports to a local office in Maine as a condition of bond.

3. Defendant would request to appear via Zoom for the hearing as she does not have the funds to travel to Waco at his time.

**WHEREFORE, PREMISES CONSIDERED**, the defendant prays the Motion be granted out of the interest of justice.

Respectfully submitted,

Sam Martinez
1105 Wooded Acres, Suite 200
Wells Fargo Bank Plaza
Waco, Texas 76710
Telephone: (254) 776-9700
Fax: (254) 741-1894

        BY:     /s/*Sam Martinez*
                 Sam Martinez
                 State Bar No. 24034556

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing Defendant's Motion for Continuance has been forwarded to the U.S. Attorney's Office, 800 Franklin, Room 280, Waco, Texas 76701.

SIGNED this 30th day of January, 2025.

                                              /s/ *Sam Martinez*
                                              Sam Martinez

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| VS. | § § | CASE NO. W:23-M-00630(1) |
| ELSA MAY FORTENBACKER | § | |

### ORDER ON MOTION TO APPEAR VIA ZOOM

Be it remembered that on this the _____ day of _____, 2025, came on to be considered Defendant's motion, the Court having considered the motion, it is therefore Ordered that the aforesaid motion is hereby

_____ [GRANTED]

_____ [DENIED]

Signed and entered on this the _____ day of _____, 2025.

_____
JUDGE PRESIDING

S:\client\fedcr\elsa fortenbacker.Zoommotion.wpd